961 F.2d 1568
 Swift (James)
v.
Dragovich (Martin L.), Frame (Thomas G.), Gummo (Karen),
Harris (Lieutenant), Huberty (Mr.), Jackson (Karla), Jones
(Sandra L.), Kreashko (Frederick L.), Lidwell (D.), Marino
(Elaine), Myers (D.W.), Norris (Richard), Santalla (E.J.),
Shaffer (John), Shandor (Rochard), Sutton (Mr.), Vanderneck (Mr.)
 NO. 91-3627
 United States Court of Appeals,
Third Circuit.
 Apr 15, 1992
 
 Appeal From: W.D.Pa.,
 Smith, J.
 
 
 1
 AFFIRMED.